| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Matthew J. Kuhns** | Social Security number or ITIN | **xxx–xx–8890** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Christine J. Kuhns** | Social Security number or ITIN | **xxx–xx–0010** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **21–20084–TPA** | | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew J. Kuhns                              Christine J. Kuhns

<u>5/26/21</u>                                        **By the court:** <u>Thomas P. Agresti</u>
                                                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20084-TPA |
| Matthew J. Kuhns | Chapter 7 |
| Christine J. Kuhns | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 26, 2021 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Kuhns, Christine J. Kuhns, 218 Wendel Rd, Irwin, PA 15642-3227 |
| aty | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| tr | + | Lisa M. Swope, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| cr | + | Jeannette City School District, Maiello Brungo & Maiello, LLP- Tax Div., 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15329850 | + | 1stnatlcc, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15329854 | + | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15329864 | + | Goldman Sachs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15329865 | + | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15336953 | | Jan Merlino, 899 Old Route 66, Harrison City, PA 15636 |
| 15329872 | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Wstmrlnd Fcu, 1007 George Station Rd, Greensburg, PA 15601 |
| 15338694 | + | Reinhardt Food Service LLC, 226 E. View Drive, Mount Pleasant, PA 15666-1036 |
| 15338695 | + | Smart Merchant Solutions, 2240 Royal Lane #213, Dallas, TX 75229-7818 |
| 15336958 | + | Westmoreland County Tax Claim Bureau, 2 N Main St #406, Greensburg, PA 15601-2417 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 27 2021 03:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 02:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 27 2021 03:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 02:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | May 27 2021 03:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15329851 | + | EDI: GMACFS.COM | May 27 2021 03:08:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15329852 | | EDI: BANKAMER.COM | May 27 2021 03:08:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15329853 | + | EDI: CAPITALONE.COM | May 27 2021 03:08:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15329855 | + | EDI: CITICORP.COM | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | May 27 2021 03:08:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15329856 | + | EDI: CCUSA.COM | May 27 2021 03:08:00 | Credit Coll/usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15329857 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2021 01:36:32 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15329858 | + | EDI: DISCOVER.COM | May 27 2021 03:08:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15329859 | + | EDI: AMINFOFP.COM | May 27 2021 03:08:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15329860 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 27 2021 02:38:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15329861 | + | EDI: FORD.COM | May 27 2021 03:08:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15329862 | + | EDI: PHINGENESIS | May 27 2021 03:08:00 | Gbs/first Electronic B, Po Box 4499, Beaverton, OR 97076-4499 |
| 15329863 | + | EDI: CBS7AVE | May 27 2021 03:08:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15329866 | + | EDI: IIC9.COM | May 27 2021 03:08:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15338693 | + | Email/Text: yackuboskeya@indianafirst.com | May 27 2021 02:38:00 | Indiana First Savings Bank, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| 15329867 | + | Email/Text: yackuboskeya@indianafirst.com | May 27 2021 02:38:00 | Indiana First Svgs Ban, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| 15329868 | + | EDI: NAVIENTFKASMSERV.COM | May 27 2021 03:08:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15329869 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2021 02:35:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15329870 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15329871 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15330139 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | FLAGSTAR BANK, FSB |
| 15336935 | *+ | 1stnatlcc, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15336936 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15336937 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15336938 | *+ | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15336939 | *+ | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15336940 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15336941 | *+ | Credit Coll/usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15336942 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15336943 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15336944 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15336945 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 318 | Total Noticed: 36 |

| | | |
|---|---|---|
| 15336946 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15336947 | *+ | Gbs/first Electronic B, Po Box 4499, Beaverton, OR 97076-4499 |
| 15336948 | *+ | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15336949 | *+ | Goldman Sachs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15336950 | *+ | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15336951 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15336952 | *+ | Indiana First Svgs Ban, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| 15336954 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15336959 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Wstmrlnd Fcu, 1007 George Station Rd, Greensburg, PA 15601 |
| 15336955 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15336956 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15336957 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer L. Cerce | on behalf of Creditor Jeannette City School District jlc@mbm-law.net |
| Lawrence W. Willis | on behalf of Debtor Matthew J. Kuhns ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Christine J. Kuhns ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lisa M. Swope | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor FLAGSTAR BANK FSB mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 7